IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:13-CR-14-WKW |
| | ) | [WO] |
| CARL RAY ESTES | ) | |

**ORDER**

Defendant has filed a motion for compassionate release in which he seeks to modify an imposed term of imprisonment pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). (Doc. # 41.) Defendant was convicted of one count of distribution of child pornography in violation of 18 U.S.C. § 2252A(a)(2). (Doc. # 33, at 6.) As a result of his conviction, Defendant was sentenced to a term of 120 months' imprisonment. (Doc. # 6, at 2.)

Upon a thorough review of the record and upon consideration of the 18 U.S.C. § 3553(a) factors, the court concludes that Defendant's motion is due to be denied for substantially the same reasons set out in the Government's response. (Doc. # 48.) Accordingly, it is ORDERED that Defendant's motion for compassionate release (Doc. # 41) is DENIED.

DONE this 6th day of November, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE